# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**CHERYL BESSER**, individually and on behalf of all others similarly situated,

    Plaintiff.

v.

**HARDINGS MARKETS WEST, INC.**,

    Defendant.

Case No.: 1:13-cv-01101-RJJ

Judge Robert J. Jonker

*ELECTRONICALLY FILED*

| | |
|---|---|
| Daniel O. Myers<br>dmyers@domlawoffice.com<br>THE LAW OFFICES OF DANIEL O. MYERS<br>100 Park Street<br>Traverse City, Michigan 49684<br>(p) 231.929.0500 x122<br>(f) 231/929-0504 | Sarah K. Willey<br>willeys@millerjohnson.com<br>MILLER JOHNSON PLC<br>100 W. Michigan Ave., Suite 200<br>Kalamazoo, MI 49007<br>(p) (269) 226-2969<br>(f) (269) 978-2957 |
| Sunshine R. Fellows<br>sfellows@carlsonlynch.com<br>CARLSON LYNCH LTD<br>PNC Park<br>115 Federal Street, Suite 210<br>Pittsburgh, PA  15212<br>(p) (412) 322-9243<br>(f) (412) 231-0246 | *Attorneys for Defendant* |

*Attorneys for Plaintiff*

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties stipulate and agree, through their respective attorneys, that this lawsuit may be dismissed in its entirety, with prejudice and without costs to any party.

APPROVED BY:

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| /s/   Sunshine R. Fellows | /s/   Sarah K. Willey |
| CARLSON LYNCH LTD | MILLER JOHNSON |
| | |
| Sunshine R. Fellows | Sarah K. Willey  (P57376) |
| PNC Park | 100 West Michigan Avenue |
| 115 Federal Street, Suite 210 | Suite 200 |
| Pittsburgh, PA  15212 | Kalamazoo, Michigan 49007-3960 |
| (412) 322-9243 | (269) 226-2986 |
| sfellows@carlsonlynch.com | willeys@millerjohnson.com |

Daniel O. Myers  (P49250)
THE LAW OFFICES OF DANIEL O. MYERS
100 Park Street
Traverse City, Michigan 49684
231.929.0500 x122
dmyers@domlawoffice.com

## **ORDER**

       IT IS SO ORDERED that this lawsuit it dismissed in its entirety, with prejudice and without costs to any party.  THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES THIS CASE.

Dated:   February 12, 2014                     /s/ Robert J. Jonker
                                                               HON. ROBERT J. JONKER
                                                               District Court Judge